PEOPLE *v.* COFFEY

Appeal from Recorder's Court of Detroit, Joseph
E. Maher, J. Submitted Division 1 April 14, 1970,
at Grand Rapids. (Docket No. 7,417.) Decided
June 1, 1970. Leave to appeal denied July 28, 1970.
383 Mich 810.

Billie Coffey was convicted, on his plea of guilty,
of unlawful possession and driving away of a motor
vehicle. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Dominick R. Carnovale,* Chief
Appellate Lawyer, and *Arthur N. Bishop,* Assistant
Prosecuting Attorney, for the people.

*Arthur J. Tarnow* (Defenders' Office—Legal Aid
and Defender Association of Detroit), for defendant
on appeal.

Before: T. M. BURNS, P. J., and R. B. BURNS and
FITZGERALD, JJ.

PER CURIAM. The people move to affirm defend-
ant's conviction, on plea of guilty, of unlawfully tak-
ing possession and driving away of a motor vehicle
contrary to MCLA § 750.413 (Stat Ann 1954 Rev
§ 28.645). GCR 1963, 817.5(3).

On appeal, defendant argues that the court failed to examine defendant sufficiently in order to establish the crime and defendant's participation therein. See *People* v. *Barrows* (1959), 358 Mich 267, 272; *People* v. *Perine* (1967), 7 Mich App 292. Specifically, defendant argues that the examination failed to disclose that he actually drove the vehicle away.

Our review of the record satisfies us that the court's interrogation of defendant was adequate.

Motion to affirm is granted.